1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 GARY HARRIS,

12          Petitioner,              2:02-cv-0028-GEB-CMK-P

13      vs.

14 A.A. LAMARQUE,

15          Respondent.              ORDER

16 _____/

17          Petitioner, a state prisoner proceeding pro se, has

18 filed this application for a writ of habeas corpus pursuant to 28

19 U.S.C. § 2254.  The matter was referred to a United States

20 Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

21 General Order No. 262.

22          On July 18, 2005, the magistrate judge filed findings

23 and recommendations herein which were served on all parties and

24 which contained notice to all parties that any objections to the

25 findings and recommendations were to be filed within twenty days.

26

                              1

1 │ Petitioner has filed objections to the findings and

2 │ recommendations.

3 │        In accordance with the provisions of 28 U.S.C.

4 │ § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a

5 │ <u>de novo</u> review of this case.  Having carefully reviewed the

6 │ entire file, the court finds the findings and recommendations to

7 │ be supported by the record and by proper analysis.

8 │        Accordingly, IT IS HEREBY ORDERED that:

9 │        1.  The findings and recommendations filed July 18,

10 │ 2005, are adopted in full; and

11 │        2.  Petitioner's application for a writ of habeas

12 │ corpus is denied.

13 │ Dated:  August 29, 2005

14 │

                       <u>/s/ Garland E. Burrell, Jr.</u>

15 │                        GARLAND E. BURRELL, JR.

                       United States District Judge

16 │

17 │

18 │

19 │

20 │

21 │

22 │

23 │

24 │

25 │

26 │