IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
GARY HARRIS,                    )
                                )    2:02-cv-0028-GEB-CMK-P
              Plaintiff,        )
                                )
     v.                         )
                                )    ORDER
A.A. LAMARQUE,                  )
                                )
              Defendant.        )
                                )
```

    Petitioner, a state prisoner proceeding pro se, has timely filed[1] a notice of appeal of this court's August 30, 2005, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating

---

[1] On September 9, 2005, petitioner filed an application to file a second or successive federal habeas petition in the Ninth Circuit. The application was construed as a notice of appeal of the district court's August 30, 2005, decision denying petitioner's application for a writ of habeas corpus, and it was transferred to the Eastern District of California pursuant to 28 U.S.C. § 1631. The notice of appeal is deemed filed as of the date it was filed in the wrong court and is, therefore, timely.

1

1 which issues satisfy the required showing or must state the reasons
2 why such a certificate should not issue.  Fed. R. App. P. 22(b).
3        For the reasons set forth in the magistrate judge's
4 findings and recommendations, as adopted in full on August 30,
5 2005, petitioner has not made a substantial showing of the denial
6 of a constitutional right.  Accordingly, a certificate of
7 appealability should not issue.
8        IT IS SO ORDERED.
9 Dated:  January 26, 2006

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge