IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY HARRIS,

    Petitioner,                 No. CIV S-02-0028 GEB CMK P

    vs.

ANTHONY LAMARQUE, Warden,

    Respondent.            ORDER

_____/

        On December 19, 2005, petitioner filed a motion to appoint counsel. This action was closed on August 30, 2005. Petitioner is advised that documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: August 29, 2006.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE